STATE OF NEW JERSEY v. KEITH V. JACKSON.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CURTIS.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD R. MARTIN.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD FORTINO.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BODISON.

November 1, 1988.

Petition for certification denied.